UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:19 cr 555 T 35 JSS

JOSEPH MARION,                        21 U.S.C. § 846
    a/k/a "Backpage Jay"          21 U.S.C. § 841(a)(1)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but not later than on or about July 23, 2018, and continuing through on or about September 18, 2019, in the Middle District of Florida, the defendant,

JOSEPH MARION,
a/k/a "Backpage Jay,"

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute a controlled substance. The violation involved 40 grams or more of fentanyl, a Schedule II controlled substance; a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and 5 grams or more of methamphetamine, a Schedule I controlled substance.

All in violation of 21 U.S.C. §§ 846, 841(b)(1)(B), and 841(b)(1)(C).

## COUNT TWO

On or about September 18, 2019, in the Middle District of Florida, the

defendant,

JOSEPH MARION,
a/k/a "Backpage Jay,"

did knowingly and intentionally possess with intent to distribute a controlled

substance. The violation involved 40 grams or more of fentanyl, a Schedule II

controlled substance; a mixture and substance containing a detectable amount

of heroin, a Schedule I controlled substance; and 5 grams or more of

methamphetamine, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## FORFEITURE

1.      The allegations contained in Counts One and Two of this

Indictment are hereby realleged and incorporated by reference for the purpose

of alleging forfeiture under 21 U.S.C. § 853.

2.      Upon conviction of the violations alleged in this Indictment,

punishable by imprisonment for more than one year, the defendant,

JOSEPH MARION,
a/k/a "Backpage Jay,"

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property

constituting, and derived from, any proceeds the defendant obtained, directly

2

or indirectly, as a result of such violations; and property used and intended to be used, in any manner or part, to commit, and to facilitate the commission of such violations.

3.     If any of the property described above, as a result of any act or omission of the defendant:

        a.     Cannot be located upon the exercise of due diligence;

        b.     Has been transferred or sold to, or deposited with, a third party;

        c.     Has been placed beyond the jurisdiction of the Court;

        d.     Has been substantially diminished in value; or

        e.     Has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property under 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:    _____
Michael M. Gordon
Assistant United States Attorney

By:    _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

No.

# UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### JOSEPH MARION,
a/k/a "Backpage Jay"

## INDICTMENT

Violations:   21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 19th day

of November, 2019.

_____
Clerk

Bail $_____