UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:19-cr-555-TPB-JSS

JOSEPH MARION,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court on the report and recommendation of Julie S. Sneed, United States Magistrate Judge, entered on August 13, 2021. (Doc. 109). Judge Sneed recommends that "Defendant's Motion to Suppress" (Doc. 80) be denied. No objections were filed, and the time to object has expired. Upon review of the report and recommendation, court file, and record, the Court finds as follows:

    Under the Federal Magistrates Act, Congress vests Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).

After careful consideration of the record, including Judge Sneed's report and recommendation, the Court adopts the report and recommendation. Judge Sneed held an evidentiary hearing to address the motion, hearing testimony and receiving evidence from Pinellas County Sheriff's Corporal Joseph Michael, Pinellas County Sheriff's Detective Lionel Fuentes, Drug Enforcement Agency Special Agent Lindsay Shaffer, and Defendant. Her well-reasoned report and recommendation thoughtfully addresses the issues, and her findings and conclusions are supported by the record.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Judge Sneed's report and recommendation (Doc. 109) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Defendant's Motion to Suppress" (Doc. 80) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>15th</u> day of September, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**